B177

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA



FILED
MAY 01 2025
CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 25- 121 |
| v. | ) | |
| | ) | (18 U.S.C. §§ 115(a)(1)(B), |
| SHAWN MONPER | ) | 115(b)(4), 875(c)) |

## INDICTMENT

The grand jury charges:

### GENERAL ALLEGATIONS

At all times material to this Indictment:

1. The defendant, SHAWN MONPER, was a resident of Butler County, in the Western District of Pennsylvania.

2. On January 20, 2025, President Donald J. Trump was inaugurated as the 47th President of the United States of America. Following his inauguration, President Trump appointed heads of the Executive departments, namely: The Department of State, The Department of the Treasury, The Department of Defense, The Department of Justice, The Department of the Interior, The Department of Agriculture, The Department of Commerce, The Department of Labor, The Department of Health and Human Services, The Department of Housing and Urban Development, The Department of Transportation, The Department of Energy, The Department of Education, The Department of Veterans Affairs, and The Department of Homeland Security.

3. Agents of the U.S. Immigration and Customs Enforcement ("ICE"), an investigative agency of the U.S. Department of Homeland Security, were authorized by law to engage in the prevention, detection, investigation, and prosecution of violations of federal law.

4. YouTube was an online video sharing platform where certain users could upload, view, share, and comment on videos. YouTube subscribers could use their Google accounts to sign in to YouTube and create YouTube channels. Individuals having a YouTube channel could publicly comment on videos uploaded by others. The defendant, SHAWN MONPER, was the subscriber to the Google account associated with e-mail "monper666@gmail.com" and YouTube channel "Mr Satan."

5. Following President Trump's inauguration, on January 25, 2025, the defendant, SHAWN MONPER, applied for a concealed carry permit in Butler, Pennsylvania. On January 28, 2025, the defendant, SHAWN MONPER, obtained a concealed carry permit. On February 10, 2025, the defendant, SHAWN MONPER, posted the following comment to a YouTube video, "If Trump isnt removed immediately, we will see another civil war[.]" Two days later, on February 12, 2025, the defendant, SHAWN MONPER, purchased a Taurus, model G3C, 9mm caliber pistol, bearing serial number AGD143093. On February 26, 2025, the defendant, SHAWN MONPER, posted the following comment to a YouTube video: "Private army in the us = Terrorist, we need to rise up and use the 2nd amendment against these people. I have bought several guns and been stocking up on ammo since Trump got in office. I suggest everyone else does the same."

6. On March 1, 2025, the defendant, SHAWN MONPER, posted the following comment to a YouTube video, "I bought a gun. Ready to kill nazis." On March 8, 2025, the defendant, SHAWN MONPER, purchased a Ruger, model LCP, .380 caliber pistol, bearing serial number 379130584. On March 16, 2025, the defendant, SHAWN MONPER, purchased a Heritage Manufacturing Co., model Rough Rider, .22 caliber revolver, bearing serial number 1BH977010. The next day, on March 17, 2025, the defendant, SHAWN MONPER, posted the

following comment to a YouTube video that discussed President Trump, "Everyone arm yourselves now.. We need to kill them all, its the only way nazis go away.." On March 20, 2025, the defendant, SHAWN MONPER, posted the following comment to a YouTube video: "The left needs to arm themselves. I have been buying 1 gun a month since the election, body armor, and ammo. I suggest you all do the same, nazi don't just stop what they are doing, they need to die."

7. On April 1, 2025, the defendant, SHAWN MONPER, posted the following comment to a YouTube video that discussed President Trump, "When are we going to stand up and kill these people?" On April 5, 2025, the defendant, SHAWN MONPER, posted the following comment to a YouTube video that discussed President Trump, "Thats why Trump needs to die."

## COUNTS ONE THROUGH FOUR

The grand jury further charges:

8. On or about each of the following dates as set forth by Count, in the Western District of Pennsylvania, the defendant, SHAWN MONPER, did knowingly transmit in interstate commerce a communication containing a threat to injure the person of another; that is, the defendant, SHAWN MONPER, transmitted through YouTube, an Internet communication platform, a threat to injure the person and persons described below:

| COUNT | DATE | TRANSMITTED THREAT | PERSON(S) THREATENED |
|---|---|---|---|
| ONE | February 17, 2025 | "Nah, we just need to start killing people, Trump, Elon, all the heads of agencies Trump appointed, and anyone who stands in the way. Remember, we are the majority, MAGA is a minority of the country, and by the time its time to make the move, they will be weakened, many will be crushed by these policies, and they will want revenge too. American Revolution 2.0" | President Donald J. Trump, Mr. Elon Musk, and The heads of the Executive departments listed in paragraph 2 of the General Allegations. |
| TWO | March 4, 2025 | "im gonna assassinate him myself" | President Donald J. Trump |
| THREE | March 18, 2025 | "ICE are terrorist people, we need to start killing them." | Agents of the U.S. Immigration and Customs Enforcement |
| FOUR | April 1, 2025 | "If I see an armed ice agent, I will consider it a domestic terrorist, and an active shooter and open fire on them." | Agents of the U.S. Immigration and Customs Enforcement |

In violation of Title 18, United States Code, Section 875(c).

## COUNTS FIVE THROUGH EIGHT

The grand jury further charges:

9. On or about each of the following dates as set forth by Count, in the Western District of Pennsylvania, the defendant, SHAWN MONPER, did threaten to assault and murder U.S. officials and federal law enforcement officers described below, with intent to impede, intimidate, interfere with, and retaliate against the U.S. officials and federal law enforcement officers while they were engaged in, and on account of, the performance of their official duties as follows:

| COUNT | DATE | TRANSMITTED THREAT | U.S. OFFICIAL / FEDERAL LAW ENFORCEMENT OFFICER THREATENED |
|---|---|---|---|
| FIVE | February 17, 2025 | "Nah, we just need to start killing people, Trump, Elon, all the heads of agencies Trump appointed, and anyone who stands in the way. Remember, we are the majority, MAGA is a minority of the country, and by the time its time to make the move, they will be weakened, many will be crushed by these policies, and they will want revenge too. American Revolution 2.0" | President Donald J. Trump, and The heads of the Executive departments listed in paragraph 2 of the General Allegations. |
| SIX | March 4, 2025 | "im gonna assassinate him myself" | President Donald J. Trump |
| SEVEN | March 18, 2025 | "ICE are terrorist people, we need to start killing them." | Agents of the U.S. Immigration and Customs Enforcement |
| EIGHT | April 1, 2025 | "If I see an armed ice agent, I will consider it a domestic terrorist, and an active shooter and open fire on them." | Agents of the U.S. Immigration and Customs Enforcement |

In violation of Title 18, United States Code, Sections 115(a)(1)(B) and 115(b)(4).

## FORFEITURE ALLEGATIONS

1. The United States hereby gives notice to the defendant charged in Counts Five through Eight that, upon his conviction of any such offenses, the government will seek forfeiture in accordance with Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), which requires any person convicted of these offenses to forfeit to the United States of America any and all firearms and ammunition involved in and used in the knowing commission of the offenses, including, but not limited to:

    (a) a Taurus, model G3C, 9mm caliber pistol, bearing serial number AGD143093;

    (b) a Ruger, model LCP, .380 caliber pistol, bearing serial number 379130584;

    (c) a Heritage Manufacturing Co., model Rough Rider, .22 caliber revolver, bearing serial number 1BH977010; and

    (d) ammunition of various caliber.

A True Bill,

_____
FOREPERSON

_____
TROY RIVETTI
Acting United States Attorney
PA ID No. 56816

_____
BRENDAN J. McKENNA
Assistant United States Attorney
PA ID No. 314315