UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

Criminal No. 2:25-cr-121

SHAWN MONPER

## CRIMINAL CASE INFORMATION SHEET

Division: Pittsburgh
County in which first offense cited occurred: Butler

Related to No. _____   Judge: _____

CATEGORY:
1. ◯ Narcotics and Other Controlled Substances (Defs: ◯1-2 ◯3-9 ◯10+)
2. ◯ Fraud and Property Offenses (Defs: ◯1-2 ◯3-9 ◯10+)
3. ⦿ Crimes of Violence
4. ◯ Sex Offenses
5. ◯ Firearms and Explosives
6. ◯ Immigration
7. ◯ All Others

Previous Proceedings before Magistrate Judge: Brown
Case No.: 25-624

*PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE*

Defendant ⦿ is in custody  ◯ is not in custody
Custody is ◯ State  ⦿ Federal   Name of Institution: Butler County Prison

Defendant ◯ is  ⦿ is not serving a term of Supervised Release
Case No. _____   Judge: _____

I certify that to the best of my knowledge the above entries are true and correct.

DATE: 05/01/2025

*s/ Brendan J. McKenna*
BRENDAN J. McKENNA
Assistant U.S. Attorney
PA ID No. 314315