# IN THE UNITED STATES DISTRICT COURT
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA )
)
v. )
) Criminal No. 25-121
SHAWN MONPER, )
)
Defendant. )

**HEARING ON** SENTENCING

Before Judge W. Scott Hardy

Brendan J. McKenna, AUSA
Appear for USA

Kathryn Dyer, AFPD
Appear for Defendant

Probation – John Sims

Hearing begun 9/1/25 at 2:30 p.m.
Hearing concluded 9/1/25 at 3:12 p.m.

Hearing adjourned to ___________
Stenographer : B. Loch
Clerk: K. Sheets

Court details background of case; Court asks Defendant questions re: Presentence Report, Addendum and Tentative Findings; Defendant answers and indicates understanding; Court remarks on Guidelines and notes that parties have no further objections to Presentence Report; Court adopts the Presentence Report and Addendum, except as otherwise set forth in the Court's Tentative Findings and Rulings; Court adopts its Tentative Findings & Rulings as its Initial Findings and Rulings; Court comments on each party's Sentencing Memorandum advocating that the Court accept the Rule 11(c)(1)(C) plea agreement; Defendant makes a statement to the Court; Court hears counsels' respective positions regarding aspects of Sentence; Court accepts the Rule 11(c)(1)(C) plea agreement and imposes sentence as follows: Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 48 months, which consists of 48 months at each of Counts Five and Seven of the Indictment, said terms to be served concurrently; 3 years' Supervised Release, which consists of 3 years at each of Counts Five and Seven, said terms to run concurrently (with standard and additional conditions); Fine waived; $200 Special Assessment, due immediately; Court states its reasons for imposition of Sentence; Court advises Defendant of appellate rights; Counts One through Four, Six and Eight of the Indictment are dismissed on motion of the Government; Defendant is remanded to the custody of the U.S. Marshal.